1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
9                                   AT SEATTLE

10

11  UNITED STATES OF AMERICA,  )
                               )
12          Plaintiff,         )     CASE NO.    06-462 M
                               )
13      v.                     )
                               )
14                             )     DETENTION ORDER
    LAI NGUYEN,                )
15                             )
            Defendant.         )
16  _____)

17  Offense charged:

18      Conspiracy to Distribute Marijuana, in violation of Title 21, U.S.C., Sections

19      841(a)(1), 841(b)(1)(B), and 846.

20  Date of Detention Hearing: September 12, 2006

21      The Court, having conducted a contested detention hearing pursuant to Title 18

22  U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention

23  hereafter set forth, finds that no condition or combination of conditions which the defendant

24  can meet will reasonably assure the appearance of the defendant as required and the safety

25  of any other person and the community.  The Government was represented by Douglas

26  Whalley.  The defendant was represented by Allen Bentley.

DETENTION ORDER
PAGE -1-

1    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

2    (1)    There is probable cause to believe the defendant committed the drug

3            offense.  The maximum penalty is in excess of ten years.  There is

4            therefore a rebuttable presumption against the defendant's release based

5            upon both dangerousness and flight risk, under Title 18 U.S.C. §

6            3142(e).

7    (2)    Nothing in this record satisfactorily rebuts the presumption against

8            release for several reasons:  Using the factors below, under Title 18 §

9            3142 (g), the Court considered the following:

10           (a)    Defendant has no ties to the Western District of Washington and

11                  no stable residence, therefore he poses a risk of flight.

12           (b)    Although defendant reports a salary, there is no known

13                  employment or source of funds other than, it appears, illegal

14                  means.

15           (c)     Due to the nature of the instant offence, defendant is viewed as a

16                  risk of danger.

17   (3)    Based upon the foregoing information, which is consistent with the

18           recommendation of U.S. Pre-trial Services, it appears that there is no

19           condition or combination of conditions that would reasonably assure

20           future Court appearances and/or the safety of other persons or the

21           community.

22   **It is therefore ORDERED**:

23   (l)    The defendant shall be detained pending trial and committed to the

24           custody of the Attorney General for confinement in a correction facility

25           separate, to the extent practicable, from persons awaiting or serving

26           sentences or being held in custody pending appeal;

DETENTION ORDER
PAGE -2-

1    (2)    The defendant shall be afforded reasonable opportunity for private

2           consultation with counsel;

3    (3)    On order of a court of the United States or on request of an attorney for

4           the Government, the person in charge of the corrections facility in which

5           the defendant is confined shall deliver the defendant to a United States

6           Marshal for the purpose of an appearance in connection with a court

7           proceeding; and

8    (4)    The clerk shall direct copies of this order to counsel for the United

9           States, to counsel for the defendant, to the United States Marshal, and to

10          the United States Pretrial Services Officer.

11   DATED this 13th day of September, 2006.

12

13

14

15          MONICA J. BENTON
            United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER
PAGE -3-