THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>LAI NGUYEN,<br><br>    Defendant. | No. CR06-0307-RSM<br><br>ORDER GRANTING MOTION TO WITHDRAW MOTION TO WITHDRAW PLEA OF GUILTY AND DECLARATION OF JOHN HENRY BROWNE IN SUPPORT OF MOTION |

THIS MATTER comes before the Court upon defendant Lai Nguyen's Motion to Withdraw Motion to Withdraw Plea of Guilty and Declaration of John Henry Browne in Support of Motion. The Court having considered the entirety of the record and files herein grants the Motion to Withdraw Motion to Withdraw Plea of Guilty and Declaration of John Henry Browne in Support of Motion, filed on June, 25, 2007 (Dkt. #305).

Dated this 12th day of March, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION
 TO  CONTINUE PRETRIAL
MOTIONS DEADLINE - 1

LAW OFFFICES OF JOHN HENRY BROWNE PS
821 SECOND AVENUE, SUITE 2100
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

1
2           Presented by:
3           Lai Nguyen, represented by:
            LAW OFFICES OF JOHN HENRY BROWNE
4           s/ John Henry Browne
            WSBA # 4677
5           2100 Exchange Building
            Seattle, Washington 98104
6           Phone: 206-388-0777
            Fax: 206- 388-0780
7           email: johnhenry@jhblawyer.com

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATED MOTION
TO CONTINUE PRETRIAL
MOTIONS DEADLINE - 2

LAW OFFFICES OF JOHN HENRY BROWNE PS
821 SECOND AVENUE, SUITE 2100
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780